Joshua Seraphim
510 E University #3413
Tempe, AZ 85281
847-275-1657



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Seraphim,<br><br>        Plaintiff,<br><br>v.<br><br>Heather Vaughn,<br><br><br><br>        Defendant. | CASE NUMBER: CV-17-1202-PHX-DKD<br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to 44-6901 §§ 44-6901. The plaintiff is a resident of Tempe, Maricopa County, Arizona and a citizen of the United States. The defendant, Heather Vaughn, is a resident of Chandler, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

1

Defendant uploaded to public monetized for revenue YouTube channel 20 audio recordings of adaptions to e-books and online digital content belonging to Leilah Publications, owned by Joshua Seraphim. DMCA filed to YouTube, content removed pending response to counterclaims and proof of filing in District Court.

## Demand

Civil copyright injunction to uphold deletion of Defendant's YouTube channel, and/or de-monetize complete content of channel if deletion is not upheld. Court order for Defendant not to contact Plaintiff, or discuss proceedings publicly.. **Damages: The plaintiff requests no damages.**

Dated: 4-21-2017

Signature of Pro Se Plaintiff
Joshua Seraphim
510 E University #3413
Tempe, AZ 85281
847-275-1657